An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KEITH E. BROOKS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64044

FILED

OCT 15 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order of the district court denying a motion to withdraw the guilty plea. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

The notice of appeal was untimely filed. NRAP 4(b); *see also Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 324 (1996) (determining a litigant may not seek to selectively apply habeas corpus procedures when the litigant does not file a post-conviction petition for a writ of habeas corpus). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-30827

cc: Hon. Valorie J. Vega, District Judge
Keith E. Brooks
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk